**Order filed July 21, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO.  14-15-00532-CV
_____

### APARTMENT EXPRESS LLC, Appellant

### V.

### SOUTHCHASE NORTH APARTMENTS, Appellee

**On Appeal from the Co Civil Ct at Law No 3**
**Harris County, Texas**
**Trial Court Cause No. 1062291**

## O R D E R

The notice of appeal in this case was filed June 16, 2015. To date, the filing fee of $195.00 has not been paid. No evidence that appellant is excused by statute from paying the filing fee has been filed. *See See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs. Tex. Gov't Code Ann. § 51.207.   Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $195.00 to the clerk of this court on or before **August 5, 2015.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM